BENJAMIN B. WAGNER
United States Attorney
ALYSON BERG
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4018
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PIMENTEL, doing business as MICHOACAN MEAT MARKET,<br><br>       Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, the real party in interest is THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>       Defendant. | 1:11-cv-00879-AWI -SMS<br><br>STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT; ORDER RE SAME |

       Plaintiff  Jorge Pimentel, doing business as Michoacan Meat Market, ("Plaintiff") and defendant United States of America ("Defendant") (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the deadline for Defendant to respond to the Complaint to and including June 28, 2011.

       The parties base this stipulation on good cause, which includes the need for Defendant to review the allegations in the Complaint and respond accordingly.  The parties agree that this short extension of the time for the Defendant to respond will not cause any prejudice to the parties as this action was recently commenced.

///

///

Accordingly, the parties stipulate and agree to continue the time for Defendant to file a responsive pleading as specified below, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Defendant's response to Complaint | June 7, 2011 | **June 28, 2011** |

Respectfully submitted,

Date: June 1, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Alyson Berg*
ALYSON BERG
Assistant United States Attorney
Attorneys for Defendant
United States of America

Date: June 1, 2011

/s/Joel M. Murillo
JOEL M. MURILLO
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:   June 2, 2011

/s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT; [PROPOSED] ORDER

2