1  BENJAMIN B. WAGNER
United States Attorney
2  ALYSON BERG
Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
Fresno, California  93721
4  Telephone: (559) 497-4018
Facsimile: (559) 497-4099

5

6  Attorneys for Defendant United States of America

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  JORGE PIMENTEL, doing business as
MICHOACAN MEAT MARKET,

12

13                          Plaintiff,

14  v.

15  The UNITED STATES OF AMERICA, the
real party in interest is THE UNITED
STATES DEPARTMENT OF
16  AGRICULTURE,

17                          Defendant.

1:11-cv-00879-AWI -SMS

STIPULATION TO CONTINUE SCHEDULING
CONFERENCE;  ORDER

18

19      Plaintiff  Jorge Pimentel, doing business as Michoacan Meat Market, ("Plaintiff") and defendant

20  United States of America ("Defendant") (collectively "the parties") stipulate, by and through the

21  undersigned counsel, to continue the Scheduling Conference currently set for September 9, 2011 at 2:00

22  p.m.

23      The parties base this stipulation on good cause.  The parties are currently in settlement

24  negotiations and hope to finalize the settlement terms within forty-five days.  Accordingly, the parties

25  agree that the scheduling conference currently set for September 9, 2011 should be continued to

26  November 16, 2011 at 9:30 a.m. and reset for status conference regarding settlement.

27  ///

28  ///

STIPULATION TO CONTINUE SCHEDULING CONFERENCE;
[PROPOSED] ORDER                                        1

1     Accordingly, the parties stipulate and agree to continue the date for the Scheduling Conference ,

2   and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by

3   way of formal order.

4                                              <u>Old Date</u>                        **<u>New Date</u>**

5   Scheduling Conference          September 9, 2011            **November 16, 2011**
                                               2:00 p.m.                        **9:30 a.m.**
6

7

8                                                              Respectfully submitted,

9   Date: September 7, 2011                    BENJAMIN B. WAGNER
                                                             United States Attorney
10

11                                                             */s/ Alyson Berg*
                                                             ALYSON BERG
12                                                           Assistant United States Attorney
                                                             Attorneys for Defendant
13                                                           United States of America

14

15                                                           (As authorized on September 7, 2011)
16  Date: September 7, 2011                    /s/Joel M. Murillo
                                                             JOEL M. MURILLO
17                                                           Attorney for Plaintiff

18        **IT IS SO ORDERED**.

19

20  Dated:   September 8, 2011                        /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28