| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | ALYSON BERG<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, California  93721 |
| 4 | Telephone: (559) 497-4018<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Defendant United States of America |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE PIMENTEL, doing business as MICHOACAN MEAT MARKET,<br><br>    Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, the real party in interest is THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendant. | 1:11-cv-00879-AWI -SMS<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE;  ORDER |

   Plaintiff  Jorge Pimentel, doing business as Michoacan Meat Market, ("Plaintiff") and defendant United States of America ("Defendant") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the Scheduling Conference currently set for September 9, 2011 at 2:00 p.m.

   The parties base this stipulation on good cause.  The parties are currently in settlement negotiations and hope to finalize the settlement terms within forty-five days.  Accordingly, the parties agree that the scheduling conference currently set for September 9, 2011 should be continued to November 16, 2011 at 9:30 a.m. and reset for status conference regarding settlement.

///

///

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER          1

1  Accordingly, the parties stipulate and agree to continue the date for the Scheduling Conference,
2 and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by
3 way of formal order.

|   | Old Date | **New Date** |
|---|---|---|
| Scheduling Conference | September 9, 2011<br>2:00 p.m. | **November 16, 2011**<br>**9:30 a.m.** |

Respectfully submitted,

Date: September 7, 2011    BENJAMIN B. WAGNER
                          United States Attorney

                          */s/ Alyson Berg*
                          ALYSON BERG
                          Assistant United States Attorney
                          Attorneys for Defendant
                          United States of America


                          (As authorized on September 7, 2011)
Date: September 7, 2011    /s/Joel M. Murillo
                          JOEL M. MURILLO
                          Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:   September 8, 2011         /s/ Sandra M. Snyder
                          UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE SCHEDULING CONFERENCE;
[PROPOSED] ORDER                                2