BENJAMIN B. WAGNER
United States Attorney
ALYSON BERG
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4018
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PIMENTEL, doing business as MICHOACAN MEAT MARKET,<br><br>Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, the real party in interest is THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | 1:11-cv-00879-SMS<br><br>JOINT STATUS CONFERENCE STATEMENT -and- ORDER<br><br>Date: November 22, 2011<br>Time: 10:30 a.m.<br>Ctrm: 9th Floor<br>Honorable Sandra M. Snyder |

Plaintiff Jorge Pimentel, doing business as Michoacan Meat Market, ("Plaintiff") and defendant United States of America ("Defendant") (collectively "the parties"), by and through the undersigned counsel, hereby submit this Joint Status Conference Statement and request that the conference scheduled for November 22, 2011 be vacated based on the information contained herein.

1. The parties have reached a negotiated resolution of this action for which conclusion of the lawsuit will not occur until, at the latest, September 10, 2012.

///
///
///
///

2. The parties request that this Court maintain the action on its docket and set a further status conference regarding dismissal for September 17, 2012, anticipating that a dismissal will be filed on or around that time.

                                             Respectfully submitted,

Date: November 4, 2011                       BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Alyson Berg*
                                             ALYSON BERG
                                             Assistant United States Attorney
                                             Attorneys for Defendant
                                             United States of America

Date: November 14, 2011                   /Joel M. Murillo
                                             JOEL M. MURILLO
                                             Attorney for Plaintiff

**ORDER:**

**1.    The Scheduling Conference set 11/29/11 @ 10:00 a.m. before Judge Snyder (Doc. 17) is VACATED.**

**2.    A Status Conference is set for 9/18/12 @ 10:00 a.m. before Judge Snyder.**

IT IS SO ORDERED.

**Dated:   November 16, 2011**               /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE