1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON BERG
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4018
   Facsimile: (559) 497-4099
5

6  Attorneys for Defendant United States of America

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| JORGE PIMENTEL, doing business as MICHOACAN MEAT MARKET,<br><br>            Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, the real party in interest is THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>            Defendant. | 1:11-cv-00879-SMS<br><br>JOINT STATUS CONFERENCE STATEMENT<br>-and-<br>ORDER<br><br>Date: November 22, 2011<br>Time: 10:30 a.m.<br>Ctrm: 9th Floor<br>Honorable Sandra M. Snyder |

        Plaintiff Jorge Pimentel, doing business as Michoacan Meat Market, ("Plaintiff") and defendant United States of America ("Defendant") (collectively "the parties"), by and through the undersigned counsel, hereby submit this Joint Status Conference Statement and request that the conference scheduled for November 22, 2011 be vacated based on the information contained herein.

        1.      The parties have reached a negotiated resolution of this action for which conclusion of the lawsuit will not occur until, at the latest, September 10, 2012.

///
///
///
///

1

2. The parties request that this Court maintain the action on its docket and set a further status conference regarding dismissal for September 17, 2012, anticipating that a dismissal will be filed on or around that time.

                                        Respectfully submitted,

Date: November 4, 2011                  BENJAMIN B. WAGNER
                                               United States Attorney

                                        */s/ Alyson Berg*
                                            ALYSON BERG
                                            Assistant United States Attorney
                                            Attorneys for Defendant
                                            United States of America

Date: November 14, 2011               /Joel M. Murillo
                                            JOEL M. MURILLO
                                            Attorney for Plaintiff

**ORDER:**

**1.    The Scheduling Conference set 11/29/11 @ 10:00 a.m. before Judge Snyder (Doc. 17) is VACATED.**

**2.    A Status Conference is set for 9/18/12 @ 10:00 a.m. before Judge Snyder.**

IT IS SO ORDERED.

**Dated:   November 16, 2011**              /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE