1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON BERG
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4018
   Facsimile: (559) 497-4099
5

6  Attorneys for Defendant United States of America

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JORGE PIMENTEL, doing business as MICHOACAN MEAT MARKET, | 1:11-cv-00879-SMS |
12 | Plaintiff, | |
13 | | **STIPULATION FOR DISMISSAL** |
14 | v. | **ORDER (Doc. 20)** |
15 | The UNITED STATES OF AMERICA, the real party in interest is THE UNITED STATES DEPARTMENT OF AGRICULTURE, | |
16 | | |
17 | Defendant. | |

18

19     Pursuant to the terms of a written Settlement Agreement as well as the provisions of Federal

20 Rules of Civil Procedure 41(a)(1), the parties, by and through their respective counsel, hereby stipulate

21 that this action be dismissed with prejudice.

22 IT IS SO STIPULATED.

23                                         Respectfully submitted,

24 Date: May 8, 2012                       BENJAMIN B. WAGNER
                                           United States Attorney
25

26                                         */s/ Alyson Berg*
                                           ALYSON BERG
27                                         Assistant United States Attorney
                                           Attorneys for Defendant
28                                         United States of America

|   |   |
|---|---|
| 1 | Law Offices of Joel M. Murillo |
| 3 | Date: May 8, 2012        /s/Joel M. Murillo |
|   |         JOEL M. MURILLO |
| 4 |         Attorney for Plaintiff |

**ORDER OF DISMISSAL**

The above stipulation of the parties is APPROVED; this action is hereby DISMISSED WITH PREJUDICE, each party to bear its own fees and costs; and, all dates and/or deadlines are VACATED, including the Status Conference set 9/18/12 @ 10:00 a.m. before Judge Snyder (SMS) (Doc. 19).

IT IS SO ORDERED.

**Dated:   May 17, 2012**          /s/ Sandra M. Snyder
              UNITED STATES MAGISTRATE JUDGE