```
BENJAMIN B. WAGNER
United States Attorney
ALYSON BERG
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4018
Facsimile: (559) 497-4099
```

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE PIMENTEL, doing business as MICHOACAN MEAT MARKET,<br><br>Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, the real party in interest is THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | 1:11-cv-00879-SMS<br><br>**STIPULATION FOR DISMISSAL**<br><br>**ORDER (Doc. 20)** |

Pursuant to the terms of a written Settlement Agreement as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

Date: May 8, 2012
BENJAMIN B. WAGNER
United States Attorney

*/s/ Alyson Berg*
ALYSON BERG
Assistant United States Attorney
Attorneys for Defendant
United States of America

|   |   |
|---|---|
| 1 | Law Offices of Joel M. Murillo |
| 3 | Date: May 8, 2012      /s/Joel M. Murillo |
|   | JOEL M. MURILLO |
| 4 | Attorney for Plaintiff |

### ORDER OF DISMISSAL

The above stipulation of the parties is APPROVED; this action is hereby DISMISSED WITH PREJUDICE, each party to bear its own fees and costs; and, all dates and/or deadlines are VACATED, including the Status Conference set 9/18/12 @ 10:00 a.m. before Judge Snyder (SMS) (Doc. 19).

IT IS SO ORDERED.

**Dated:   May 17, 2012**               /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE